UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JASON SMITH,<br>　　　　Plaintiff,<br>　　v.<br>J. MENDOZA, et al.,<br>　　　　Defendants. | Case No. 19-03750 BLF (PR)<br>**ORDER TERMINATING MOTION AS MOOT**<br><br>(Docket No. 19) |

Plaintiff, a California inmate, filed the instant *pro se* civil rights action pursuant to 42 U.S.C. § 1983 against employees at the Correctional Training Facility in Soledad. Plaintiff filed a request for a copy of the "civil docket sheet" in this matter. (Docket No. 19.) The docket reflects that the clerk responded to this request and sent a copy of the docket to Plaintiff on March 3, 2020. Accordingly, the Clerk shall terminate the motion as moot.

**IT IS SO ORDERED.**

Dated: March 4, 2020

　　　　　　　　　　　　　　　　　　　　　*/s/ Beth Labson Freeman*
　　　　　　　　　　　　　　　　　　　　　BETH LABSON FREEMAN
　　　　　　　　　　　　　　　　　　　　　United States District Judge

Order Terminating Docket
PRO-SE\BLF\CR.19\03750Smith_term.docket