1

2

3

4

5

6

7

8                           IN THE UNITED STATES DISTRICT COURT

9                          FOR THE NORTHERN DISTRICT OF CALIFORNIA

10

11

12 **JASON SMITH,**                          Case No. 5:19-cv-03750-BLF

                                    Plaintiff,  **ORDER GRANTING DEFENDANTS'**
13                                              **MOTION TO CHANGE TIME TO FILE**
                                                **A DISPOSITIVE MOTION**
14        **v.**

15 **J. MENDOZA, et al. ,**

16                                 Defendants.

17

18        Defendants filed a motion to change the Court's deadline to file a dispositive motion, from

19 April 20 to June 19, 2020.  The Court has read and considered Defendants' motion and the

20 accompanying declaration of counsel, the unprecedented statewide COVID-19 healthcare

21 directives, shelter-in-place orders, modified programming limiting inmate and staff movements to

22 prevent the spread or exposure to COVID-19, and finds that good cause exists to grant the

23 motion.

24        Accordingly, Defendants' motion to change time to file a dispositive motion is GRANTED.

25 The time for Defendants to file their motion is changed to June 19, 2020.  Plaintiff's opposition to

26 Defendants' motion must be served and filed no more than 28 days after the Defendants' motion

27 is served and filed.  Defendants' reply, if any must be served and filed no more than 14 days after

28 Plaintiff's opposition is entered in the Court's docket.  The motion shall be deemed submitted as

1

[Order Granting Defs' Mot. to Change Time to File Disp. Mot.   (5:19-cv-03750-BLF)

1   of the date the reply is filed.

2                    IT IS SO ORDERED.

3

4   Dated:  __April 17, 2020_____

5                                              THE HONORABLE BETH LABSON FREEMAN
                                               UNITED STATES DISTRICT JUDGE
6                                              NORTHERN DISTRICT OF CALIFORNIA

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

Order Granting Defs' Mot. to Change Time to File Disp. Mot.   (5:19-cv-03750-BLF)