UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JASON SMITH,<br>             Plaintiff,<br>      v.<br>J MENDOZA, et al.,<br>             Defendants. | Case No. 19-03750 BLF (PR)<br><br>**ORDER GRANTING MOTION FOR EXTENSION OF TIME TO FILE OPPOSITION**<br><br>(Docket No. 26) |

Plaintiff, a state prisoner at the Correctional Training Facility ("CTF") in Soledad, filed the instant *pro se* civil rights action pursuant to 42 U.S.C. § 1983 against CTF personnel. On June 19, 2020, Defendants filed a motion for summary judgment. Dkt. No. 23. On July 17, 2020, Plaintiff filed a motion for an extension of time of sixty days to file an opposition based on pending discovery, restrictions on programs at the prison due to the COVID-19 pandemic, and limited resources. Dkt. No. 26. Good cause appearing, Plaintiff's motion is **GRANTED,** such that his opposition is due **no later than September 15, 2020**.

Defendants' reply shall be filed no later than fourteen (14) days after Plaintiff's opposition is filed.

This order terminates Docket No. 26.

**IT IS SO ORDERED**

Dated: ___July 24, 2020___

*[signature]*

BETH LABSON FREEMAN
United States District Judge