UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JASON SMITH,<br>        Plaintiff,<br>    v.<br>J. MENDOZA, et al.,<br>        Defendants. | Case No. 19-03750 BLF (PR)<br>**ORDER GRANTING IN PART SECOND MOTION FOR EXTENSION OF TIME TO FILE OPPOSITION**<br><br>(Docket No. 32) |

Plaintiff, a state prisoner at the Correctional Training Facility ("CTF") in Soledad, filed the instant *pro se* civil rights action pursuant to 42 U.S.C. § 1983 against CTF personnel. On June 19, 2020, Defendants filed a motion for summary judgment. Dkt. No. 23. On September 14, 2020, Plaintiff filed a motion for a second extension of time, seeking 90-days to file an opposition based on restrictions on programs at the prison due to the COVID-19 pandemic, and limited resources. Dkt. No. 32.

Good cause appearing, Plaintiff's motion is **GRANTED IN PART. Plaintiff is granted an extension of fifty-six says such that** his opposition is due **no later than November 13, 2020.**

Defendants' reply shall be filed no later than fourteen (14) days after Plaintiff's

opposition is filed.

This order terminates Dkt. No. 32.

**IT IS SO ORDERED**

Dated: __September 29, 2020__

/s/ Beth Labson Freeman
BETH LABSON FREEMAN
United States District Judge