IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **JASON SMITH,**<br><br>Plaintiff,<br><br>v.<br><br>**J. MENDOZA, et al.,**<br><br>Defendant. | Case No. 5:19-cv-03750-BLF (PR)<br><br>**ORDER GRANTING DEFENDANTS' MOTION TO CHANGE TIME TO FILE A REPLY IN SUPPORT OF DISPOSITIVE MOTION** |

Defendants moved to change the time, by 21 days, to file a reply to Smith's opposition to their dispositive motion. Having read and considered Defendants' motion to change time and the declaration of Defendants' counsel supporting the motion, and for good cause appearing, Defendants' motion is **GRANTED**. Defendants may file and serve a reply on or before November 17, 2020.

**IT IS SO ORDERED.**

Dated: __October 27, 2020___

The Honorable Beth L. Freeman
United States District Court Judge

1