IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **JASON SMITH,**<br><br>　　　　　　　　　　　Plaintiff,<br><br>　　v.<br><br>**J. MENDOZA, et al.,**<br><br>　　　　　　　　　　　Defendants. | Case No. 5:19-cv-03750-BLF (PR)<br><br>**ORDER GRANTING DEFENDANT ZAVALA'S MOTION TO CHANGE TIME TO FILE DISPOSITIVE MOTION** |

　　Defendant Zavala moved to change the time, by 75 days, to file a dispositive motion. Having read and considered Zavala's motion to change time and the declaration of Zavala's counsel supporting the motion, and for good cause appearing, the motion is **GRANTED**. Defendant Zavala may file and serve a dispositive motion on or before July 19, 2021. Plaintiff Smith's opposition to the dispositive motion shall be filed with the Court and served on Defendant no later than 28 days after Zavala's motion is filed. Zavala shall file a reply brief 14 days after an opposition is filed and served.

　　**IT IS SO ORDERED**.

　　Dated: _April 28, 2021____

　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　The Honorable Beth Labson Freeman
　　　　　　　　　　　　　　　　　　　United States District Court Judge