UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

JASON SMITH,
    Plaintiff,

v.

J. MENDOZA, et al.,
    Defendants.

Case No. 19-03750 BLF (PR)

**ORDER TERMINATING MOTION AS MOOT**

(Docket No. 49)

Plaintiff, a California inmate, filed the instant *pro se* civil rights action pursuant to 42 U.S.C. § 1983 against employees at the Correctional Training Facility in Soledad. The only claims remaining to be adjudicated is the First and Eighth Amendment claims against Defendant Zavala. Dkt. No. 45 at 35. Defendant Zavala's summary judgment motion is currently due July 19, 2021. Dkt. No. 48.

Plaintiff has filed a motion to reopen discovery. Dkt. No. 49. Plaintiff is advised that discovery remains open and there is no limitation on his ability to propound discovery requests in line with the Federal Rules of Civil procedure. Accordingly, the motion shall be terminated as moot.

This order terminates Docket No. 49.

**IT IS SO ORDERED.**

Dated: __May 7, 2021_____

BETH LABSON FREEMAN
United States District Judge

Order Granting Motion to Reopen Discovery
PRO-SE\BLF\CR.19\03750Smith_deny.moot