UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JASON SMITH,<br><br>   Plaintiff,<br><br>  v.<br><br>J. MENDOZA, et al.,<br><br>   Defendants. | Case No. 19-03750 BLF (PR)<br><br>**ORDER GRANTING MOTION FOR EXTENSION OF TIME TO FILE OPPOSITION**<br><br>(Docket No. 54) |

  Plaintiff, a state prisoner at the Correctional Training Facility ("CTF") in Soledad, filed the instant *pro se* civil rights action pursuant to 42 U.S.C. § 1983 against CTF personnel.  On July 19, 2020, Defendants filed a motion for summary judgment.  Dkt. No. 52.  On August 6, 2021, Plaintiff filed a motion for an extension of time, seeking 45-days to file an opposition based on restrictions on programs at the prison due to the COVID-19 pandemic and awaiting discovery from Defendants.  Dkt. No. 55.

  Good cause appearing, Plaintiff's motion is **GRANTED.  Plaintiff is granted an extension of forty-two (42) days such that** his opposition is due **no later than September 27, 2021.**

  Defendants' reply shall be filed no later than fourteen (14) days after Plaintiff's

opposition is filed.

This order terminates Dkt. No. 54.

**IT IS SO ORDERED**

Dated: ___August 13, 2021____

BETH LABSON FREEMAN
United States District Judge

Order of Extension of Time to File Opposition
PRO-SE\BLF\CR.19\03750Smith_eot_opp to MSJ2