IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| **JASON SMITH,** | Case No. 5:19-cv-03750-BLF (PR) |
| Plaintiff, | **ORDER GRANTING DEFENDANT'S MOTION TO CHANGE TIME TO FILE REPLY IN SUPPORT OF DEFENDANT'S MOTION FOR SUMMARY JUDGMENT** |
| v. | |
| **J. MENDOZA, et al.,** | |
| Defendants. | |

Defendant Officer Zavala moved to change the time, by 14 days, to file a reply brief in support of her summary-judgment motion.  Having read and considered Officer Zavala's motion to change time and the declaration of Officer Zavala's counsel supporting the motion, and for good cause appearing, the motion is **GRANTED**.  Defendant Zavala may file and serve a reply brief on or before October 14, 2021.

**IT IS SO ORDERED**.

Dated: __October 5, 2021____

_____
The Honorable Beth Labson Freeman
United States District Court Judge

1

Order Granting Mot. to Change Time to File Reply Supp. Def.'s Mot. Summ. J.  (5:19-cv-03750-BLF (PR))