UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JASON SMITH,<br>        Plaintiff,<br>    v.<br>J. MENDOZA, et al.,<br>        Defendants. | Case No. 19-03750 BLF (PR)<br><br>**ORDER DENYING MOTION TO COMPEL AS MOOT; DENYING MOTION FOR SANCTIONS**<br><br>(Docket Nos. 53, 57) |

Plaintiff, a state prisoner proceeding *pro se*, filed this civil action pursuant to 42 U.S.C. § 1983. The Court found the complaint, liberally construed, stated cognizable claims and ordered service of the action on Defendants. Dkt. No. 3. On March 10, 2021, the Court granted in part and denied in part Defendants' motion for summary judgment. Dkt. No. 45. The only remaining claims were First and Eighth Amendment claims against Defendant Zavala, and a First Amendment claim against Defendant Perez-Pantoja. *Id.* at 34. Defendant Zavala was permitted to file a summary judgment motion on the remaining claims against her; the claim against Defendant Perez-Pantoja was to be referred to settlement proceedings after the adjudication of Defendant Zavala's motion. *Id.* at 34-35.

On July 19, 2021, Defendant Zavala filed a summary judgment motion. Dkt. No. 52. On July 29, 2021, Plaintiff filed a motion to compel Defendant's response to

discovery. Dkt. No. 53. On August 26, 2021, Defendant Zavala filed opposition to the motion, asserting that she has complied with her obligations to Plaintiff's discovery requests. Dkt. No. 58. Then on September 16, 2021, Plaintiff filed opposition to Defendant's summary judgment motion, nowhere indicating therein that discovery was still pending. Dkt. No. 61. Accordingly, Plaintiff's motion to compel is DENIED as moot. Dkt. No. 53.

On August 20, 2021, Plaintiff filed a motion for sanctions, asserting that Defendant Zavalo's witness, J. Trevino, has "knowingly and purposefully made false statement, under the penalty of perjury, and in doing so, is attempting to perpetrate a fraud on the court." Dkt. No. 57 at 1. Plaintiff points to an allegedly false statement in Mr. Trevino's declaration in support regarding the factual assertions about his cell. *Id.* at 3. Defendant filed opposition to the motion, asserting that upon learning of the error in Mr. Trevino's declaration, counsel filed a Notice of Errata and submitted amended declarations on September 10, 2021. Dkt. No. 60 at 1; Dkt. No. 59. Defendant asserts that they did not engage in conduct that unreasonably or vexatiously multiplied the proceedings and did not act in bad faith. *Id.* at 2.

The Court finds the motion for sanctions is without merit. The alleged factual error in Mr. Trevino's declaration merely had to do with the positioning of Plaintiff's bunk with respect to the wall with the heating, Dkt. No. 57 at 3, and does not change the fact that Plaintiff's cell received heating during the time in question, which is not disputed. Dkt. No. 60 at 4. As Defendant points out, this error does not create a disputed issue of material fact that affects her summary judgment motion. *Id.* Furthermore, the Court notes that Plaintiff filed his opposition to Defendant's summary judgment motion after Defendant filed their Notice of Errata, and the opposition makes no reference to his allegations regarding the alleged error in Mr. Trevino's original declaration. Accordingly, the motion for sanctions is DENIED. Dkt. No. 57.

This order terminates Docket Nos. 53 and 57.

///

**IT IS SO ORDERED.**

Dated: ___October 7, 2021_____

BETH LABSON FREEMAN
United States District Judge