UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JASON SMITH, | Case No. 19-03750 BLF (PR) |
| Plaintiff, | |
| v. | **ORDER APPOINTING COUNSEL** |
| J. MENDOZA, et al., | |
| Defendants. | |

Plaintiff, a California prisoner proceeding *pro se*, filed the instant civil rights action pursuant to 42 U.S.C. § 1983 against officers at the Correctional Training Facility ("CTF"), where he is currently housed. Dkt. No. 1. Claims again Defendants I. Perez-Pantoja and M. Zavala survived their summary judgment motions, and the matter was referred for settlement proceedings before Magistrate Judge Robert M. Illman. Dkt. No. 68. On April 13, 2022, Judge Illman docketed a minute entry stating that the parties were unable to reach an agreement. Dkt. No. 72. Because it appeared the matter would proceed to trial, the Court referred the matter to the Federal Pro Se Program to find counsel if possible and stayed this action. Dkt. No. 75.

The Federal Pro Se Program has informed the Court that Bambo Obaro, Shireen Leung, and Amy Le of Weil, Gotshal & Manges LLP, located at 201 Redwood Shores

Parkway, Redwood Shores, CA 94065, have agreed to serve as appointed pro bono counsel for Plaintiff.  Thus Bambo Obaro, Shireen Leung, and Amy Le are hereby **APPOINTED** as counsel for Plaintiff pursuant to § 1915(e)(1) and the Court's Federal Pro Bono Project guidelines.

This matter shall remain stayed **until August 1, 2022**, at which time the Clerk shall set this matter for a case management conference.

**IT IS SO ORDERED.**

Dated:  ___May 24, 2022_____

BETH LABSON FREEMAN
United States District Judge

Order Appointing Counsel
PRO-SE\BLF\CR.19\03750Smith_appt.atty